THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMERICAN BROOM AND BRUSH COMPANY, Appellant, *v.* WALTER H. KNAPP et al., Constituting the STATE TAX COMMISSION, Respondents.

*People ex rel. American B. & B. Co.* v. *Knapp*, 187 App. Div. 89, affirmed.

(Argued June 5, 1919; decided July 15, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered April 14, 1919, which confirmed, on certiorari, a determination of the state tax commission assessing a franchise tax against the relator under chapter 726 of the Laws of 1917.

*Elon R. Brown* and *Edward H. Letchworth* for appellant.

*Charles D. Newton,* Attorney-General (*C. T. Dawes* of counsel), for respondent.

Order affirmed, with costs, on opinion of COLLIN, J., in *People ex rel. Barcalo Mfg. Co.* v. *Knapp* (227 N. Y. 64).

Concur: COLLIN, CUDDEBACK, CARDOZO, POUND and McLAUGHLIN, JJ. Dissenting: HISCOCK, Ch. J., and ANDREWS, J.